**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6370

MORRIS LEE HARPER,

Petitioner - Appellant,

v.

SUPERINTENDENT WARDEN OF JAIL; GREENVILLE COUNTY SHERIFF,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:21-hc-02237-BO)

Submitted:  September 8, 2022                      Decided:  September 13, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Morris Lee Harper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morris Lee Harper, a former North Carolina pretrial detainee, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition, in which he sought release from pretrial detention.[1]  Harper was convicted in North Carolina state court during the pendency of this appeal.  Because Harper is no longer a pretrial detainee, his appeal is moot.  *See, e.g.*, *Jackson v. Clements*, 796 F.3d 841, 843 (7th Cir. 2015) (per curiam).  We therefore dismiss the appeal for lack of jurisdiction.[2]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[1] Although Harper noted his appeal before the district court entered its final order, we construe his informal brief as the functional equivalent of a notice of appeal from that order.  *See Smith v. Barry*, 502 U.S. 244, 248-49 (1992).

[2] We note, however, that Harper may challenge his detention under 28 U.S.C. § 2254 now that he has been convicted in state court.  But any such challenge would be subject to § 2254's exhaustion requirements.

2